**Order entered February 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00967-CV

## IN RE TEXAS CHRISTIAN UNIVERSITY, TEXAS CHRISTIAN UNIVERSITY BOARD OF TRUSTEES, GARY PATTERSON, CHRIS DEL CONTE, DAVID GABLE, ZACH LACROSS, DILLON SMITH, JAMES RUSSELL "RUSTY" BURNS, AND DOUGLAS MEACHUM, Relators

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00585-A**

## ORDER
Before Justices Bridges and Brown[1]

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus. On January 3, 2019, the trial court complied with this Court's December 21, 2018 order by issuing an order vacating its July 23, 2018 order denying relator's plea in abatement, granting the plea in abatement, and abating the case.

We **ORDER** the trial court to maintain the abatement in the underlying proceeding until the Tarrant County proceeding, trial court cause number 153-297658-18, has been fully and finally resolved.

---

[1] Justice Boatright sat on the original panel; however, as of January 1, 2019, he is no longer a member of the Court and did not participate in deciding this order. *See* TEX. R. APP. P. 41.1(b).

We **ORDER** that relators recover their costs of this original proceeding, if any, from real party in interest Kolby Listenbee.

/s/     DAVID L. BRIDGES
             JUSTICE